# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 11, 2008

136637

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

In re OPAL MATTSON, Minor.

_____

DEPARTMENT OF HUMAN SERVICES,
    Petitioner-Appellee,

v

                SC: 136637
                COA: 281258
                Clinton CC Family Division:
                05-018322-NA

REANATE MATTSON,
    Respondent-Appellant.

_____/

   On order of the Court, the application for leave to appeal the May 13, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 11, 2008

s0708

_____
Clerk